### SOUTHWESTERN AMBULATORY SURGERY CENTER,
Petitioner,

v.

### UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,
Respondent.

Supreme Court of Pennsylvania.

Feb. 18, 2000.

James A. Ashton, Pittsburgh, for petitioner.

## ORDER

PER CURIAM:

**AND NOW**, this 18th day of February, 2000, the Petition for Allowance of Appeal is hereby **GRANTED**, as to the following issue:

1. Whether a claimant, who declines to follow an employer's policy regarding training, and subsequently suffers a reduction in hours as a result of that decision, was unavailable for work or her partial unemployment voluntary, is entitled to unemployment compensation benefits.